IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MATTHEW ERIC GREGORY LANGDON , | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:26-cv-00550 |
| | ) | |
| SUMNER COUNTY SHERIFF'S OFFICE, *et al.*, | ) | Judge Richardson |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Plaintiff Matthew Langdon initiated this civil action while in custody of the Sumner County Jail in Gallatin, Tennessee. (Doc. No. 1). Plaintiff's Tennessee Department of Correction information page indicates that he is now under active supervision, not in custody.[1]

In a cover letter attached to his Complaint, Plaintiff requested, "Any correspondence to this packet should be hence forth sent to this forwarded address —" (Doc. No. 1-1). The Court construes this as Plaintiff's notice to the Court of a change in address. The Clerk **SHALL** update Plaintiff's address to the following:

311 Hancock Street
Apt. C206
Gallatin, TN 37066

(*Id.*)

Because Plaintiff has been released from custody, if he wishes to proceed as a pauper, he must submit a new IFP Application based on his current financial status. *In re Prison Reform Litigation Act*, 105 F.3d 1131, 1139 (6th Cir. 1997).

---

[1] "Langdon, Matthew," Felony Offender Information, https://foil.app.tn.gov/foil/details.jsp.

The Clerk is **DIRECTED** to mail AO Form 239, Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) to Plaintiff for his convenience. If Plaintiff wishes to pursue this action, he must return the completed application to the Court within 30 days of entry of this Order or submit the full civil filing fee. If Plaintiff no longer wishes to pursue this action, he is not required to file anything else. The Court will dismiss this action after 30 days if Plaintiff has taken no further action by then. Plaintiff's original IFP Application (Doc. No. 2) is **DENIED** as moot.

IT IS SO ORDERED.

*Eli Richardson*

ELI RICHARDSON
UNITED STATES DISTRICT JUDGE